UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD HACKEL,

    Plaintiff,

v.

UPGRADE INC.,

    Defendant,
_____/

Case No. 22-cv-12618
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: January 17, 2024
Detroit, Michigan